No. 905.   J. W. SANDERS COTTON MILL, INC. *v.* MOODY.   June 1, 1943.   Petition for writ of certiorari to

the Supreme Court of Mississippi denied. *Mr. Ben F. Cameron* for petitioner. *Mr. Marion W. Reily* for respondent.